**Electronically Filed
Supreme Court
SCWC-23-0000176
17-FEB-2026
10:26 AM
Dkt. 19 ODAC**

SCWC-23-0000176

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR GSR MORTGAGE LOAN TRUST 2006-3F, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2006-3F,
Respondent/Plaintiff-Appellee,

vs.

JEFFERSON HALONA YOUNG; LINDA D. YOUNG;
BANK OF AMERICA, N.A.; DEPARTMENT OF TAXATION –
STATE OF HAWAI‘I; PALEHUA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees,

and

GABI KIM COLLINS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000176; CASE NO. 1CC161001282)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Kawamura, assigned by reason of vacancy)

Petitioner-Assignor/Defendant-Appellant Gabi Kim Collins by

and through Petitioner-Assignee Chris Magis Nero's application

for writ of certiorari filed on December 22, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, February 17, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Shirley M. Kawamura

